# Third District Court of Appeal

## State of Florida

Opinion filed August 30, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-878
Lower Tribunal No. 19-35002
_____

## Gazul Producciones SL Unipersonal, etc.,

Appellant,

vs.

## SHEDDF2-FL5 LLC, etc.,

Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Burr & Forman LLP, Laurence S. Litow and Andrew T. Sarangoulis (Fort Lauderdale); Burr & Forman LLP, and Peter C. Vilmos (Orlando); The Ferraro Law Firm, P.A., Leslie B. Rothenberg and Mathew D. Gutierrez, for appellant.

Agentis PLLC | Lynx Law PLLC, and Christopher B. Spuches, for appellee.

Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.  See Starks v. Howard, 611 So. 2d 52, 53 (Fla. 3d DCA 1992) ("A party submits to the jurisdiction of the court and waives jurisdictional defects by taking a step in the proceeding amounting to an appearance."); Laura M. Watson, P.A. v. Stewart Tilghman Fox & Bianchi, P.A., 162 So. 3d 102, 106 (Fla. 4th DCA 2014) ("Florida law is well established that service of process, and any defect in service of process, can be waived by the general appearance of a party before the trial court."); Parra v. Raskin, 647 So. 2d 1010, 1011 (Fla. 3d DCA 1994) ("[W]hen a defendant waives an objection to insufficient service of process by failing to timely object, the defendant thereby consents to litigate the action and the court may not, either on the defendant's motion or its own initiative, dismiss the suit for insufficient service of process.").